UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANDREHA NICOLE U.,[1]<br><br>　　Plaintiff,<br><br>v.<br><br>MICHELLE KING, Acting Commissioner of Social Security,<br><br>　　Defendant. | Case No. 1:24-cv-00136-DCN-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　This case has a somewhat lengthy history. In 2014, Plaintiff sought disability benefits. After a hearing, her claim was denied. In 2019, Plaintiff again applied for benefits. That claim was also denied. After exhausting her administrative remedies, Plaintiff appealed to federal court. Judge Candy W. Dale reversed the denial of benefits and remanded the matter for a new hearing. On remand, a new hearing was held. A new Administrative Law Judge again rejected Plaintiff's claim for disability benefits. Plaintiff timely sought the Court's review. Dkt. 1.

　　On February 5, 2025, United States Magistrate Raymond E. Patricco issued a Report and Recommendation in this matter. Dkt. 23. Therein, Judge Patricco recommends the Court affirm the decision below and dismiss this case. *See generally id*. Pursuant to statute, Judge Patricco gave the parties fourteen (14) days to file written objections to the Report

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

and Recommendation. *Id*. at 26; 28 U.S.C. § 636(b)(1). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

1. The Report and Recommendation entered on February 5, 2025 (Dkt. 23), is INCORPORATED and ADOPTED in its entirety.

2. The Commissioner's decision is AFFIRMED.

3. Plaintiffs' Petition for Review (Dk. 1) is DENIED, and this case is DISMISSED with PREJUDICE and CLOSED.

4. The Court will enter a separate judgment pursuant to Civil Rule of Procedure 58 and 42 U.S.C. § 405(g).

DATED: March 4, 2025

_____
David C. Nye
Chief U.S. District Court Judge